IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBBER, | No. C04-02957 MJJ |
| Plaintiff, | **ORDER** |
| v. | |
| BARNHART, | |
| Defendant. | |

On December 13, 2004, Plaintiff filed a motion entitled "Plaintiff's Motion for Summary Judgment or Remand" (Docket No. 10) and also a memorandum of points and authorities in support of the motion (Docket No. 11). The Court has determined that supplemental briefing is necessary because Defendant has not addressed Plaintiff's argument located on page 22 of the memorandum. In that argument, Plaintiff contends that the ALJ is required, under SSR 96-9p, to cite examples of occupations or jobs that an individual can do when her non-exertional limitations create "more than a slight impact on the individual's ability to perform the full range of sedentary work." The Court **ORDERS** Defendant to submit a supplemental brief specifically addressing whether the ALJ made a determination as to whether Plaintiff's non-exertional limitations created more than a "slight-impact" on Plaintiff's ability to work, and if the ALJ did so, whether the ALJ adequately followed the SSR 96-9p procedures.

Defendant's brief shall be due two weeks from the filing of this order, and Plaintiff will have one week after the Defendant's due date to respond. Neither Plaintiff and Defendant's papers shall exceed five pages in length.

**IT IS SO ORDERED.**

Dated: February 10, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE