1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7       E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      **SAN FRANCISCO DIVISION**

12

13 VICKI WEBBER,                        )
                                        )   CIVIL NO. 3:04-cv-02957-MJJ
14      Plaintiff,                      )
                                        )   STIPULATION AND ORDER AWARDING
15      v.                              )   ATTORNEY FEES UNDER THE EQUAL
                                        )   ACCESS TO JUSTICE ACT (28 U.S.C.
16 MICHAEL J. ASTRUE,                   )   § 2412(d))
   Commissioner of Social Security,     )
17                                      )
        Defendant.                      )
18 _____ )

19
        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
20
   subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney
21
   fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of NINE
22
   THOUSAND dollars and 00 cents ($9,000.00).  This amount represents compensation for all legal
23
   services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance
24
   with 28 U.S.C. § 2412(d).
25
        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
26
   fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.
27
   Payment of NINE THOUSAND dollars and 00 cents ($9,000.00) in EAJA attorney fees, shall constitute
28
   a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in

1  connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's
2  assignee and delivered to Plaintiff's counsel.
3    This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
4  attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated:   *January 15, 2009*          /s/ Richard Zieman
                                      *(As authorized via facsimile)*
                                      RICHARD ZIEMAN
                                      Attorney for Plaintiff

Dated:   *January 15, 2009*          JOSEPH P. RUSSONIELLO
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      /s/ Shea Lita Bond
                                      SHEA LITA BOND
                                      Attorneys for Defendant

IT IS SO ORDERED:

Dated:  1/20/2009

IT IS SO ORDERED
Judge Marilyn H. Patel

THE HONORABLE MARTIN J. JENKINS
United States District Judge